# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VICKI V. BUSBY,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:04-CV-2799-VEH |
| | ) |
| **JRHBW REALTY, INC., d/b/a** | ) |
| **REALTYSOUTH,** | ) |
| | ) |
|    **Defendant.** | ) |

## <u>ORDER</u>

Pending before the court is a Motion for Approval of Class Notice (Doc. 203) (the "Motion") filed by Plaintiff on September 13, 2010. Attached to the Motion is a copy of the proposed notice. (Doc. 203-1). Subject to the following list of modifications, the Motion is **GRANTED** as unopposed, and the proposed notice is **HEREBY APPROVED**.

The proposed notice **SHALL BE MODIFIED** as follows before it is disseminated:

    1)    Insert open quotation marks before the style of case set forth near the top of the page, *i.e.*, "Vicki V. Busby . . .";

    2)    Delete coding, *i.e.*, "Ts" with overscore symbols, that appear on the left-

hand side of the notice;

3)     Change the wording in the last line of the third paragraph in the "**Status of the Lawsuit & How to Make a Claim**" section from "for which no specific service was performed." to "that was unearned under RESPA."; and

4)     Delete extra space of underlining after the word "administrator" in the last line of the fourth paragraph in the "**Status of the Lawsuit & How to Make a Claim**" section.

Further, Plaintiff is **ORDERED** to file a notice of compliance with the court and attach a revised copy of the notice thereto, no later than **September 17, 2010**.

**DONE** and **ORDERED** this the 13th day of September, 2010.

                                                          **VIRGINIA EMERSON HOPKINS**
                                                          United States District Judge